IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

IRIS HENSLEY,
and, SAMUEL HENSLEY, her husband,

    Plaintiffs,

vs.

WYETH a/k/a WYETH, INC.
(f/k/a American Home Products Corporation), et. al.

    Defendants.

JURY TRIAL DEMANDED

Case No. 4:05-cv-1561 SNL

## ORDER GRANTING MOTION
## TO AMEND ORIGINAL COMPLAINT

Plaintiffs' MOTION to amend their original complaint in the above-entitled cause is hereby **GRANTED**. Specifically, plaintiffs may amend their Complaint as follows:

1) Remove all references of American Home Products, Inc. and substitute all references with American Home Products Corporation DISC (Delaware.

2) Remove all references of Ivax Corporation and substitute all references of Ivax Corporation with Ivax Pharmaceuticals, Inc.

3) Insert the date of diagnosis, January 25, 2001, into the sentence on page 16, paragraph number 35, so that the sentence reads "On or about, January 25, 2001, Iris Hensley was diagnosed with Invasive ductal carcinoma with associated ductal carcinoma in situ, and later underwent surgery consisting of a right breast lumpectomy."

SO ORDERED: _____
                  JUDGE

DATE: 1/17/06