# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED BY MAIL MAR 2 1 2006 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

March 17, 2006

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached Schedule CTO-63)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Denise Morgan
Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge William R. Wilson, Jr.
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 1 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-63)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,740 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-63 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60089 | Myrtle Latchman v. Wyeth, Inc., et al. |
| FLS 9 05-81129 | Barbara Bolton, et al. v. Wyeth, et al. |
| **MASSACHUSETTS** | |
| MA 1 05-12549 | Cecile Campos v. Wyeth, et al. |
| **MARYLAND** | |
| MD 1 06-215 | Paul Plowman, et al. v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 06-119 | Patsy Anderson, et al. v. Wyeth, et al. |
| MN 0 06-120 | Juanita Brouwer v. Wyeth, et al. |
| MN 0 06-121 | Patricia Brunner v. Wyeth, et al. |
| MN 0 06-122 | Nata Cargan, et al. v. Wyeth, et al. |
| MN 0 06-124 | Nancy Jo Carter v. Wyeth, et al. |
| MN 0 06-125 | Marian Connor v. Wyeth, et al. |
| MN 0 06-127 | Wilma Cowart v. Wyeth, et al. |
| MN 0 06-128 | Janet Edwards, et al. v. Wyeth, et al. |
| MN 0 06-129 | Gayla Farinash v. Wyeth, et al. |
| MN 0 06-130 | Wilma Faulkner, et al.v . Wyeth, et al. |
| MN 0 06-131 | Patricia Fernau v. Wyeth, et al. |
| MN 0 06-132 | Patricia Freeman v. Wyeth |
| MN 0 06-133 | Phyllis Goode, et al. v. Wyeth, et al. |
| MN 0 06-134 | Nancy Johnson, et al. v. Wyeth, et al. |
| MN 0 06-135 | Sally Laufketter, et al. v. Wyeth, et al. |
| MN 0 06-137 | Esther Miller, et al. v. Wyeth, et al. |
| MN 0 06-138 | Anna Moran v. Wyeth, et al. |
| MN 0 06-140 | Patricia Pease v. Wyeth, et al. |
| MN 0 06-141 | Patricia Rogers v. Wyeth, et al. |
| MN 0 06-143 | Teresa Staniszewski, etc. v. Wyeth, et al. |
| MN 0 06-144 | Mary Steele v. Wyeth, et al. |
| MN 0 06-145 | Joyce Waugh v. Wyeth, et al. |
| MN 0 06-147 | Donna Wheeler v. Wyeth, et al. |
| MN 0 06-150 | Eleanor Doering v. Wyeth |
| MN 0 06-163 | Brenda C. Lewin v. Wyeth, Inc., et al. |
| MN 0 06-185 | Janis Darlene Fox v. Wyeth, et al. |
| MN 0 06-187 | Marilyn R. Brooks v. Wyeth, et al. |
| MN 0 06-188 | Dana Lafferty v. Wyeth, et al. |
| MN 0 06-197 | Tenee Telsey, et al. v. Wyeth, et al. |
| MN 0 06-289 | Janet Trautman v. Wyeth, et al. |
| MN 0 06-322 | Jaqueline Baker v. Wyeth, et al. |
| MN 0 06-353 | Shirley Valyou v. Bristol-Myers Squibb Co., et al. |
| MN 0 06-355 | Marion Steiger v. Wyeth, et al. |
| MN 0 06-373 | Audrey A. Stark v. Wyeth, et al. |
| MN 0 06-431 | Ann Dudley v. Wyeth, et al. |
| MN 0 06-476 | Evelyn J. Carter, et al. v. Wyeth, et al. |
| MN 0 06-477 | Judith Rojas, et al. v. Wyeth, et al. |
| MN 0 06-478 | Rose Mathis v. Wyeth, et al. |
| MN 0 06-479 | Carol Sullivan v. Wyeth, et al. |
| MN 0 06-480 | Sandra Hogan v. Wyeth, et al. |
| MN 0 06-481 | Diane Morrell v. Wyeth, et al. |
| MN 0 06-510 | Martha Gatz, et al. v. Wyeth, et al. |
| MN 0 06-564 | Amelia Tejkl, et al. v. Wyeth, et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI EASTERN** | |
| MOE 4 05-1561 | Iris Hensley, et al. v. Wyeth, et al. |
| MOE 4 06-26 | Catherine Williams v. Wyeth, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-9169 | Saundra S. Carlo, et al. v. Wyeth, et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 06-80 | Teresa White, et al. v. Wyeth, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-63)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Teresa D. Bartosiak
Sandberg Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101-1880

Charles D. Bavol
Bavol Judge, PA
400 North Ashley Drive
Suite 2500
P.O. Box 1400
Tampa, FL 33602

Robert Bennett
Flynn, Gaskins & Bennett, L.L.P.
333 South Seventh Street
29th Floor
Minneapolis, MN 55402

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Ace J. Blackburn, Jr.
Cooney, Mattson, Lance, et al.
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, FL 33302

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Maureen O. Bryan
Williams, Venker & Sanders, LLC
10 South Broadway
Suite 1600
St. Louis, MO 63102-2740

Gretchen M. Callas
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

William B. Curtis
Law Offices of Miller & Curtis
5489 Blair Road, 5th Floor
Dallas, TX 75231

Gregory L. Dioneda
Moser & Marsalek
200 North Broadway, Suite 700
St. Louis, MO 63102

Daniel G. Donahue
Herzog Crebs, LLP
One City Centre
515 North Sixth Street, 24th Floor
St. Louis, MO 63101

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Michael J. Farrell
Farrell, Farrell & Farrell, L.C.
P.O. Box 6457
Huntington, WV 25772-6457

Michael J. Fay
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Deirdre C. Gallagher
Spencer & Fane, LLP
One N. Brentwood Boulevard
Suite 1000
St. Louis, MO 63105

Daniel S. Gruber
Gruber & Gruber
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Sonya Harrell Hoener
Marks, Gary P.A.
1200 River Place Boulevard
P.O. Box 447
Jacksonville, FL 32207-0447

Christopher M. Hohn
Thompson & Coburn
One US Bank Plaza
St. Louis, MO 63101

Michael R. Hugo
Lopez, Hodes, Restaino, Milman & Skikos
95 Commercial Wharf
Boston, MA 02110

James Morrison Humphrey
Shugart & Thompson
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Gordon James, III
Gordon, Hargrove & James, P.A.
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Harvey L. Kaplan
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Mark A. Kinzie
Stinson & Morrison
100 South Fourth Street
Suite 700
St. Louis, MO 63102

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Eric Alan Kuhl
Williams & Connolly LLP
725 12th Street
Washington, DC 20005-5901

Theodore J. Leopold
Ricci Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Stephanie A. Lyons
Simmons Cooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Robert W. Mahoney
Wilmer, Cutler Pickering Nale & Dorr
60 State Street
Boston, MA 02109

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Alex McLaughlin
Calwell Practice
500 Randolph Street
Charleston, WV 25302

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

J. Alison Morris
Maslon, Edelman, Borman & Brand
3300 Norwest Center
90 South 7th Street
Minneapolis, MN 55402

Victoria S. Nugent
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

James A. O'Neal
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525

Michelle L. Rognlien
Bowman & Brooke
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4244

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Amy W. Schulman
DLA Piper Rudnick Gray
  Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Robert K. Shelquist
Lockridge, Grindal & Nauen, P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Richard P. Sher
Devereux & Murphy
190 Carondelet Plaza
11th Floor
St. Louis, MO 63105

Howard A. Snyder
Howard A. Snyder Law Offices
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Mark L. Taylor
Cash, Klemchuk, Powers, Taylor, LLP
Campbell Centre II, Suite 1575
8150 North Central Expressway
Dallas, TX 75206

Brian Troyer
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

William Scott Wickline
Allen, Guthrie, McHugh & Thomas
P.O. Box 3394
Charleston, WV 25333-3394

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Marya C. Young
Law Offices of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-63)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Miriam Goldman Cedarbaum
Senior U.S. District Judge
1330 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

## INVOLVED CLERKS LIST (CTO-63)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546